Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher K. Lezak, Esq. SBN 11185
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for:
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | § | Case Number: 11-25836-bam |
| **Suratvadee Roungpet** | § | |
| | § | Chapter: 13 |
| | § | |
| Debtor | § | |

**NOTICE OF APPEARANCE**
**PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT following attorney represents Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, its assignees and/or successors, in the above referenced bankruptcy case:

**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
(877) 369-6122


Dated:  10/17/2011             McCarthy & Holthus, LLP


                                            By: /s/  Christopher K. Lezak, Esq.
                                                Christopher K. Lezak, Esq.
                                                Attorney for Bank of America


M&H File No. NV-11-62758

Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher K. Lezak, Esq. SBN 11185
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (877) 369-6122
Fax (866) 339-5691

Attorney for: Secured Creditor,
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 11-25836-bam |
| | ) |
| Suratvadee Roungpet, | ) Chapter 13 |
| | ) |
| | ) DATE: |
| Debtor. | ) TIME: |
| | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| | ) **NOTICE OF APPEARANCE** |
| | ) |
| | ) |

<u>**CERTIFICATE OF SERVICE**</u>

On 10/18/2011, I served the foregoing document described **NOTICE OF APPEARANCE** on the following individuals by electronic means through the Court's ECF program

Kathleen A. Leavitt
courtsecf3@las13.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**
　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Raquel Ray

|   |   |
|---|---|
| 1 | _____ |
|   | Raquel Ray |

On 10/18/2011, I served the foregoing document described **NOTICE OF APPEARANCE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

Suratvadee Roungpet
1394 October Oak Ave
Las Vegas, NV 89123

UNITED STATES TRUSTEE
300 Las Vegas Boulevard South
Suite 4300
Las Vegas, NV 89101

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ David Fry
David Fry