## *Law Office of Corey B. Beck, Esq.*
425 South Sixth Street
Las Vegas, NV 89101

Ph:(702)678-1999         Fax:(702) 678-6788

Suratvadee Roungpet                                                October 17, 2013
1394 October Oak Ave.
Las Vegas, NV
89123

File #:         11093

**Attention:**

RE:     Chapter 13 Bankruptcy

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-02-11 | Meeting with Client-Ch. 13 Bankruptcy was filed pro se to prevent house from being foreclosed upon. She is NOT eligible for discharge. I will get into case to seek loan modification. | 1.20 | 420.00 | CBB |
| Nov-03-11 | Meeting with Client to retain; discussion of process of case: schedules, Plan, Plan payment, §341, Loan Modification, Confirmation | 1.00 | 350.00 | CBB |
| Nov-12-11 | Meeting with Client to discuss Budget. We are preparing Plan "Conduit Plan" i.e. effectuate Modification through Bankruptcy. We calculated approximately 31% of gross income to be plan payment-proposed $2,200.00/month. Plan calculation would work for Modification if Bank agrees to amortize balance owed at 2%. | 1.00 | 350.00 | CBB |
| Nov-15-11 | Reviewed income information (paystubs) to prepare Budget/CMI | 0.80 | 280.00 | CBB |
| Nov-16-11 | Drafted Schedules I-J | 0.70 | 245.00 | CBB |
|  | Meeting with Client to review and sign Schedules | 0.80 | 96.00 | VA |
| Nov-17-11 | Reviewed CMI to be filed | 0.50 | 175.00 | CBB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Drafted Debtor's Ch. 13 Plan | 1.00 | 350.00 | CBB |
| Nov-21-11 | Preparation for §341 | 0.50 | 175.00 | CBB |
| Nov-22-11 | Attendance of §341-continued to 12/6 | 1.00 | 350.00 | CBB |
| Nov-23-11 | Reviewed Demand Letter from Cooper Castle concerning "Affidavit of Fact"-sent concerning Debtors home. Debtor was duped into paying for assetting lette that she does not owe on mortgage loan. | 1.20 | 420.00 | CBB |
| Nov-27-11 | Researched very recent case law regarding "Affidavit of Fact" designed to release mortgage: U.S. Dist. LEXIS 92183 (D. Nev. 2011) | 1.70 | 595.00 | CBB |
| Dec-01-11 | Meeting with Client advising Debtor to rescind Affidavit of Fact | 0.80 | 280.00 | CBB |
| Dec-03-11 | Reviewed Bank of America's Objection to Confirmation | 0.50 | 175.00 | CBB |
| Dec-06-11 | Appeared at cont. §341-continued to 12/20 | 0.00 | 0.00 | CBB |
| Dec-08-11 | Reviewed Trustee's Opposition to Confimation/Recommendation for Dismissal | 0.40 | 140.00 | CBB |
| Dec-15-11 | Confirmation continued to 1/12/12 - §341 not concluded yet | 0.00 | 0.00 | CBB |
| Dec-20-11 | Attendance of cont. §341-continued to 1/31/12 | 0.00 | 0.00 | CBB |
| Dec-23-11 | Reviewed Amended Trustee's Opposition to Confimation/Recommendation for Dismissal | 0.40 | 140.00 | CBB |
| Jan-09-12 | Confirmation rescheduled for 2/23/12 - §341 not concluded yet | 0.00 | 0.00 | CBB |
| Jan-30-12 | Preparation for cont. §341 | 0.50 | 175.00 | CBB |
| Jan-31-12 | Attendance of cont. §341-concluded | 1.00 | 350.00 | CBB |
| Feb-03-12 | Reviewed Amended Trustee's Opposition to Confimation/Recommendation for Dismissal | 0.40 | 140.00 | CBB |
| Feb-09-12 | Reviewed Order to Show Cause Why Case | 0.40 | 140.00 | CBB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Should Not be Dismissed for Failure to Pay Filing Fees-hearing 3/12/12 | | | |
| Feb-22-12 | Preparation for Confirmation | 0.50 | 175.00 | CBB |
| Feb-23-12 | Attendance of Confirmation-continud to 5/17/12 to allow time to begin working on loan modification | 1.00 | 350.00 | CBB |
| May-17-12 | Confirmation continued to 6/28/12 to allow time for loan modification | 0.00 | 0.00 | CBB |
| May-30-12 | Drafted Authorization; Brief meeting with Client to sign Authorization for Loan Mod. | 0.50 | 175.00 | CBB |
| Jun-28-12 | Confirmation continued to 8/9/12 to allow time for loan modification | 0.00 | 0.00 | CBB |
| Aug-09-12 | Confirmation continued to 10/4/12 to allow time for loan modification | 0.00 | 0.00 | CBB |
| Aug-14-12 | Assistant (Alma) called Bank of America & spoke with Representative named Andrew-need to send authorization and check back in 24 hours | 0.50 | 60.00 | AA |
| Aug-15-12 | Assistant (Alma) drafted fax & faxed Authorization to Bank of America | 0.50 | 60.00 | AA |
| Aug-20-12 | Received call from Client requesting status | 0.00 | 0.00 | CBB |
| Aug-21-12 | Client's call from previous day returned: waiting on response from Bank | 0.00 | 0.00 | CBB |
| Oct-03-12 | Preparation for Confirmation | 0.50 | 175.00 | CBB |
| Oct-04-12 | Attendance of Confirmation-continued to 12/13/12 to allow time for loan modification | 1.00 | 350.00 | CBB |
| Dec-13-12 | Confirmation continued to 2/7/13 to allow time for loan modification | 0.00 | 0.00 | CBB |
| Dec-21-12 | Reviewed Loan Mod. doc's (72 pgs) to be sent to Bank of America | 1.50 | 525.00 | CBB |
| Jan-07-13 | Drafted Email to Bank requesting status of Loan Modification | 0.70 | 245.00 | CBB |
| Feb-07-13 | Confirmation continued to 4/4/13 to allow time for loan modification | 0.00 | 0.00 | CBB |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-04-13 | Confirmation continued to 5/30/13 to allow time for loan modification | 0.00 | 0.00 | CBB |
| Apr-12-13 | Authorization for Loan Mod. re-faxed to Bank of America | 0.00 | 0.00 | CBB |
| Apr-21-13 | Meeting with Client-discussion of Loan Modification & Bankruptcy case | 1.00 | 350.00 | CBB |
| Apr-22-13 | Authorization for Loan Mod. re-faxed to Bank of America | 0.00 | 0.00 | CBB |
|  | Reviewed financial statements & doc's (package) to send to Bank | 1.20 | 420.00 | CBB |
| May-30-13 | Attendance of Confirmation-continued to 7/25/13 to allow time for loan modification | 0.50 | 175.00 | CBB |
| Jul-25-13 | Attendance of Confirmation-continued to 9/19/13 to allow time for loan modification | 0.50 | 175.00 | CBB |
| Sep-19-13 | Attendance of Confirmation-continued to 10/17/13 to allow time for loan modification | 0.50 | 175.00 | CBB |
| Sep-30-13 | Reviewed Trial Loan Modification Documents. Modification reduces payment from $2,800.00 to $2,043.45. Payments to start in Nov. through January. Payment is lowered $750.00/month. | 0.80 | 280.00 | CBB |
| Oct-08-13 | Meeting with Client to discuss Trial Loan Modification | 0.70 | 245.00 | CBB |
| Oct-11-13 | Reviewed Amended Trustee's Opposition to Confirmation/Recommendation for Dismissal | 0.40 | 140.00 | CBB |
| Oct-14-13 | Attendance of Confirmation-continued to 11/25 | 0.50 | 175.00 | CBB |
| Oct-16-13 | Preparation of Fee Application | 0.50 | 175.00 | CBB |
|  | Appearance at Fee Application hearing 11/14 | 0.50 | 175.00 | CBB |
|  | Totals | 29.60 | $9,946.00 |  |

**Total Fee & Disbursements**          $9,946.00

**Balance Now Due**          $9,946.00