| UNITED STATES BANKRUPTCY COURT **DISTRICT OF NEVADA** | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: **Suratvadee Roungpet** | Case Number: **11-25836-bam** | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP**

Name and address where notices should be sent:
Bank of America
P.O. Box 660933
Dallas, TX 75266-0933

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number**
  (*If known*)

Name and address where payment should be sent (if different from above):
Bank of America
P.O. Box 660933
Dallas, TX 75266-0933

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:    email:

1. **Amount of Claim as of Date Case Filed:**    $278,665.80

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Money Loaned, Real Property
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: **3600 / NV-11-62758** | 3a. Debtor may have scheduled account as: <br><br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional): <br><br>(See instruction #3b) |
|---|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:  ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: 1394 October Oak Avenue, Las Vegas, NV 89123

Value of Property: $ ─────

Annual Interest Rate  4.3750  %  ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$    85,733.32

Basis for perfection: Recorded Deed of Trust

Amount of Secured Claim:   $    278,665.80

Amount Unsecured:   $ ─────

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

**Amount entitled to priority:**

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

EXHIBIT ___

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| | |
|---|---|
| Print Name: Christopher K. Lezak, Esq. | |
| Title: Associate Attorney | ATTORNEY FOR CREDITOR |
| Company: McCarthy & Holthus, LLP | /s/ Christopher K. Lezak, Esq.    2/7/2012 |
| Address and telephone number (if different from notice address if above): McCarthy & Holthus, LLP 9510 West Sahara Avenue, Suite 110 Las Vegas, NV 89117 | (Signature)    (Date) |
| Telephone Number: 877-369-6122    email:bknotice@mccarthyholthus.com | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT 1

## Mortgage Proof of Claim Attachment

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See Bankruptcy Rule 3001(c)(2).

| | | | |
|---|---|---|---|
| Name of debtor: | Suratvadee Roungpet | Case Number: | 11-25836-bam |
| Name of Creditor: | Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP | Last four digits of any number you use to identify the debtors account : | 3600 |

### Part 1: Statement of Principal and Interest Due as of the Petition Date

Itemize the principal and interest due on the claim as of the petition date (included in the Amount of Claim listed in Item 1 on your Proof of Claim form).

1. Principal due                                                                                               (1)  $  242,412.41

2. Interest Due

| Interest Rate | From mm/dd/yyyy | To mm/dd/yyyy | Amount |
|---|---|---|---|
| 4.3750 % | 06/01/2009 | 10/01/2011 | $ 24,746.40 |
| % | | | $ |
| % | | | + $ |

Total interest due as of the petition date     $ 24,746.40     Copy total here ▶ (2) + $ 24,746.40

3. Total principal and interest due                                                                            (3)  $  267,158.81

### Part 2: Statement of Prepetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges due on the claim as of the petition date (included in the Amount of Claim listed in Item 1 on the Proof of Claim form).

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | 11/04/2011 | (3) | $ 480.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | 11/04/2011 | (5) | $ 245.00 |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | 11/04/2011 | (7) | $ 325.00 |
| 8. | Recording fees | 11/29/2011 | (8) | $ 259.00 |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | 08/20/2010, 09/30/2010 | (10) | $ 194.00 |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | Other. Specify:   Process Server | 11/29/2011 | (15) | $ 85.00 |
| 16. | Other. Specify:   Posting Fess | 11/29/2011 | (16) | $ 95.00 |
| 17. | Other. Specify:   Mailing Fees | 11/29/2011 | (17)+ | $ 239.64 |

See Continuation Sheet for additional Fees, Expenses, and Charges

18. **Total prepetition fees, expenses, and charges.** Add all of the amounts listed above.    (18)  $  2,347.64



EXHIBIT 1

## Part 3. Statement of Amount Necessary to Cure Default as of the Petition Date

Does the installment payment amount include an escrow deposit?

☐ No

☒ Yes. Attach to the Proof of Claim form an escrow account statement prepared as of the petition date in a form consistent with applicable nonbankruptcy law.

1. **Installment payments due**

    Date last payment received by creditor     6/1/2009

    Number of installment payments due    (1)    28

2. **Amount of installment payments due**

    28  installments @ 2,978.06    $ 83,385.68
    ___ installments @            $ _____
    ___ installments @          + $ _____

3. **Calculation of cure amount**

    Total installment payments due as of the petition date    $ 83,385.68    Copy total here ▶    (2)    $ 83,385.68

    **Add** total prepetition fees, expenses, and charges    Copy total from Part 2 here ▶    +  $ 2,347.64

    **Subtract** total of unapplied funds (funds received but not credited to account)        −  $ 0.00

    **Subtract** amounts for which debtor is entitled to a refund        −  $ _____

    Total amount necessary to cure default as of the petition date    (3)    $ 85,733.32

    Copy total onto Item 4 of Proof of Claim form

**Post-Petition Payment Amount**: $2,895.07 effective 11/01/2011



EXHIBIT ___

B 10 (Supplement 2) (12/11)                                                                                                    Page 1

## Attachment A: Continuation Sheet

### Item Part 2.17- Additional Prepetition, Fees, Expenses, and Charges:

| Description | | Dates Incurred | Amount |
|---|---|---|---|
| Other. Specify: | BK Attorney Fees and Costs | 11/29/2011 | $ 425.00 |


EXHIBIT

B 10 (Supplement 2) (12/11)             Page 2

A. **Total Debt as of October 6, 2011**

| | | | |
|---|---|---|---:|
| ♦ | Current Interest Rate | | 4.375% |
| ♦ | Principal Balance | | $ 242,412.41 |
| ♦ | Homeowners Insurance | 09/22/2011 | $ 866.00 |
| ♦ | County Tax | 07/28/2011 | $ 904.33 |
| ♦ | County Tax | 02/24/2011 | $ 843.98 |
| ♦ | County Tax | 12/21/2010 | $ 843.98 |
| ♦ | County Tax | 09/28/2010 | $ 843.98 |
| ♦ | Homeowners Insurance | 09/23/2010 | $ 873.00 |
| ♦ | County Tax | 08/12/2010 | $ 843.97 |
| ♦ | County Tax | 02/23/2010 | $ 1,166.03 |
| ♦ | County Tax | 12/24/2009 | $ 1,166.03 |
| ♦ | County Tax | 09/30/2009 | $ 1,166.03 |
| ♦ | Process Server | 11/29/2011 | $ 85.00 |
| ♦ | Recording Fees | 11/29/2011 | $ 259.00 |
| ♦ | Posting Fess | 11/29/2011 | $ 95.00 |
| ♦ | Mailing Fees | 11/29/2011 | $ 239.64 |
| ♦ | Advertisement costs | 11/04/2011 | $ 245.00 |
| ♦ | Title Costs | 11/04/2011 | $ 325.00 |
| ♦ | Attorney's Fees | 11/04/2011 | $ 480.00 |
| ♦ | Repayment to Escrow | 10/06/2011 | $ (357.98) |
| ♦ | Property Inspections | 08/20/2010 | $ 97.00 |
| ♦ | Property Inspections | 09/30/2010 | $ 97.00 |
| ♦ | BK Attorney Fees and Costs | 11/29/2011 | $ 425.00 |
| ♦ | Interest Due | | $ 24,746.40 |
| | **Total Amount of Claim:** | | $ 278,665.80 |

B. **Total Arrearage as of October 6, 2011**

| | | | |
|---|---|---|---:|
| ♦ | 28 Payments of $2,978.06 per month 7/1/2009 through 10/1/2011 (Includes Principal, Interest, Taxes & Insurance) | | $ 83,385.68 |
| ♦ | Process Server | 11/29/2011 | $ 85.00 |
| ♦ | Recording Fees | 11/29/2011 | $ 259.00 |
| ♦ | Posting Fess | 11/29/2011 | $ 95.00 |
| ♦ | Mailing Fees | 11/29/2011 | $ 239.64 |
| ♦ | Advertisement costs | 11/04/2011 | $ 245.00 |
| ♦ | Title Costs | 11/04/2011 | $ 325.00 |
| ♦ | Attorney's Fees | 11/04/2011 | $ 480.00 |
| ♦ | Property Inspections | 08/20/2010 | $ 97.00 |
| ♦ | Property Inspections | 09/30/2010 | $ 97.00 |
| ♦ | BK Attorney Fees and Costs | 11/29/2011 | $ 425.00 |
| | **Total Arrearage** | | $ 85,733.32 |

Attached is an imaged file copy of the promissory note made at/near the time of loan origination.


EXHIBIT 1

B 10 (Supplement 2) (12/11)                                                                                                           Page 3

IF LEGAL FEES AND COSTS ARE INCURRED AFTER THIS PROOF OF CLAIM IS FILED, YOUR ACCOUNT MAY BE ASSESSED THOSE FEES AND COSTS IF LEGALLY PERMISSIBLE.  IF SUCH FEES AND COSTS ARE NOT PAID AS PART OF THIS CASE, THEY MAY BE COLLECTED IN THE FUTURE PURSUANT TO THE TERMS OF YOUR SECURITY INSTRUMENT, THE BANKRUPTCY CODE, AND OTHER APPLICABLE LAW.


EXHIBIT 1

## CERTIFICATE OF SERVICE

On 2/15/2012, I served the foregoing **PROOF OF CLAIM** on the following individuals by electronic means through the Court's ECF program

Kathleen A. Leavitt
courtsecf3@las13.com

Recovery Management Systems Corporation
claims@recoverycorp.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Donald Byrn
Donald Byrn

On 2/15/2012, I served the foregoing **PROOF OF CLAIM** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

Suratvadee Roungpet
1394 October Oak Ave
Las Vegas, NV 89123

UNITED STATES TRUSTEE
300 Las Vegas Boulevard South
Suite 4300
Las Vegas, NV 89101

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 2/15/2012        /s/ David Fry
David Fry


EXHIBIT 1