# United States Bankruptcy Court
## District of Nevada

**Case No. 11–25836–led**
**Chapter 13**

In re: (Name of Debtor)
    SURATVADEE ROUNGPET
    1394 OCTOBER OAK AVE
    LAS VEGAS, NV 89123

## ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the debtor(s) named below:

☑    SURATVADEE ROUNGPET

having been Dismissed by Court Order,

**IT IS HEREBY ORDERED THAT:**

        KATHLEEN A. LEAVITT

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 5/12/14                  BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court