KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South                                                    E-filed
Suite 200
Las Vegas, NV  89101
(702) 853-0700

# UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

IN RE:                                                 CASE NO: BKS-11-25836-LED
SURATVADEE ROUNGPET                                    Chapter 13

**Debtor**

# CERTIFICATE OF SERVICE

1. On May 13, 2014 I served the following document(s):

   **Chapter 13 Standing Trustee's Final Report and Account-Dismissed, Docket # 76**

2. I served the above- named document(s) by the following means to the persons as listed below:

   **United States mail, postage fully prepaid**

| | | |
|---|---|---|
| SURATVADEE ROUNGPET<br>1394 OCTOBER OAK AVE<br>LAS VEGAS, NV  89123 | ECF SERVICE -<br>PRO SE DEBTOR<br><br>,  00000 | ECF SERVICE -<br>COREY B BECK ESQ<br>425 SOUTH 6TH STREET<br>LAS VEGAS, NV  89101 |

ECF SERVICE -
OFFICE OF THE UNITED STATES
TRUSTEE
AUGUST B LANDIS
300 LAS VEGAS BLVD SO
SUITE 4300
LAS VEGAS, NV 89101-5803

/s/ ESTHER CARR
Employee  for
Kathleen A. Leavitt
Chapter 13 Standing Trustee